THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0070-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEMICHAEL J. ROWELETTE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. All trial briefs, proposed voir dire, proposed jury instructions, proposed verdict forms, and motions in limine the parties want the Court to consider before trial are due on or before Friday, April 28, 2017. All responses to the pretrial filings listed above are due on or before Tuesday, May 2, 2017.

DATED this 7th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk